B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Southern District of Ohio

In re  Homer Sawyer_____,          Case No.  14-34258_____
　　　LaDonna Lynn Sawyer


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+

Granite Investment Group

_____          _____
　　　　Name of Transferee　　　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee should be sent:

　C/O SN Servicing Corp.
　323 5th Street
　Eureka, CA 95501

Phone: 800-603-0836_____
Last Four Digits of Acct #: 3264_____

Court Claim # (if known): 2_____
Amount of Claim: $126456.67_____
Date Claim Filed: 02/13/20/15_____

Phone: 800-561-4567_____
Last Four Digits of Acct. #: 3264_____

Name and Address where transferee payments should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jody Lee_____          Date: 11/30/2017_____
　　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



SN SERVICING CORPORATION
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

October 4, 2017

LADONNA SAWYER
270 JOANNA ST
BROOKVILLE OH  45309

RE:  **Loan Number:** -      
     Collateral: 270 JOANNA AVENUE; BROOKVILLE, OH

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF LOAN

Dear Borrower:

The Truth in Lending Act, 15 U.S.C. 1601, requires that borrowers receive a written Notice when their loan is assigned, sold or transferred.  This assignment, sale or transfer does not change the terms of your loan or your contractual obligations as described in your loan documents.  The information below describes the details of the assignment, sale or transfer of your mortgage loan:

- Date of Assignment, Sale or Transfer: **October 3, 2017**

- The transfer of ownership has been filed in the mortgage records for the county or local jurisdiction where the property securing this mortgage is located or registered with Mortgage Electronic Registration systems, Inc. whichever is applicable to this mortgage loan.

- A servicer is authorized to act on behalf of the owner/lender to handle the daily servicing of your loan. Your servicer collects payments for your account.  **If you have any questions about your loan, please contact your servicer at the telephone number, address or website listed below:**

  Name:          **SN Servicing Corporation**
  Address:        **323 Fifth Street, Eureka CA  95501**
  Telephone Number:  **(800) 603-0836 (Toll free) 8:00 a.m. - 5:00 p.m. Pacific Time**
  Website Address:   www.snsc.com

- An owner (also known as a "lender") is the person to whom the loan belongs.  The identity of your new owner is:

  Name:          **AHP-2015A+ LLC**
  Address:        **819 S. Wabash Ave Suite 606; Chicago, IL 60605**
  Telephone Number: **(800) 555-1055**

**Partial Payment:**

On behalf of the lender, the servicer may hold payments that are less than the full amount due (partial payments) in a separate account until you pay the rest of the payment, and then apply the full payment to your loan.

If this loan is sold, your new lender may have a different policy.

**Please do not send payments to the owner listed above, as they will not be credited to your loan. Your monthly payments and all inquiries must be sent directly to your servicer, SN Servicing Corporation.  The servicer has authority to act on the owner's behalf with regard to the administration of your loan.**

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

Southern _____ District Of Ohio _____

In re Homer Sawyer _____        Case No. 14-34258 _____

LaDonna Lynn Sawyer _____

_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 2 _____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/30/2017 _____ (date).

Name of Alleged Transferor

Granite Investment Group

Name of Transferee

U.S. Bank Trust National Association as Trustee of American Homeowner Preservation Trust Series 2015A+

Address of Alleged Transferor:

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Address of Transferee:

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
| --- |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**